IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

CR NO. 1:05-10085-01-T

vs

JAMES BRADLEY THOMPSON

## ORDER ON GUILTY PLEA

This cause came on to be heard on November 9, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Patrick Martin, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Information..

This case has been set for sentencing on **Wednesday, February 1, 2005 at 8:45 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 9 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CR-10085 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT